# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Maria Valdez | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 13 C 237 | **DATE** | 6/20/2013 |
| **CASE TITLE** | Unite Here Health et al vs. La Plaza Secaucus, LLC | | |

**DOCKET ENTRY TEXT**

Magistrate Judge Status and Motion hearing held on 6/20/13. Defendants' Motion for extension of time to respond to motion for preliminary injunction [27] is granted to 6/26/13 and reply due 7/3/13. Status hearing set for 7/9/13 at 10:00 a.m. MOTION by counsel for Defendant La Plaza Secaucus, LLC to withdraw as attorney as local counsel [28] is granted. Appearance of Elizabeth Bobby is hereby terminated. Defendants' Motion for Jerry Brown and Kennth Goldin for leave to appear as additional counsel [25] is granted.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | yp |
|---|---|---|