# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Unite Here Health, et al.

                              Plaintiff,

v.                                              Case No.: 1:13−cv−00237
                                                Honorable Maria Valdez

La Plaza Secaucus, LLC, et al.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 9, 2013:

    MINUTE entry before Honorable Maria Valdez: Status and Motion hearing held on 7/9/13. Defendants' Motion for leave to file affidavit [36] is granted. After a review of the pending Defendants' Motion to Dismiss Amended Complaint and Motion to Compel Arbitration [34] the Court modifies the briefing schedule given in open court and enters the following bifurcated briefing schedule: Response as to the issue of the effect of the arbitration clause on this Court's subject−matter jurisdiction due 7/24/13; Reply due by 7/31/13. Response as to the remaining issues raised in the motion due by 8/16/13; Reply due 9/6/13.Mailed notice(yp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.